United States District Court<br>Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>UNITED AIRLINES, INC., et al.,<br>　　　　Defendants.<br>AND COORDINATED CASES:<br>Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC | Case No. 12-cv-02730-VC<br><br>**ORDER RE SANCTIONS** |

| | |
|---|---|
| 1 | Tom, Lester v. United Airlines, Inc. et al. |
| 2 | 3:15-cv-00466 VC |
| 3 | Crocker, Sal v. United Airlines, Inc. et al. |
| 4 | 3:15-cv-00468 VC |
| 5 | Manswell, Anthony v. United Airlines, Inc. |
| 6 | et al. 3:15-cv-00469 VC |
| 7 | Minter, Karl v. United Airlines, Inc. et al. |
| 8 | 3:15-cv-00470 VC |
| 9 | Washington, Erwin v. United Airlines, Inc. |
| 10 | et al. 4:15-cv-00471 VC |
| 11 | Wilson, Darryl v. United Airlines, Inc. et al. |
| 12 | 3:15-cv-00472 VC |
| 13 | Sherman, Leo v. United Airlines, Inc. et al. |
| 14 | 3:15-cv-00473 VC |
| 15 | Haney, Ken v. United Airlines, Inc. et al. |
| 16 | 3:15-cv-00474 VC |
| 17 | John, Richard v. United Airlines, Inc. et al. |
| 18 | 3:15-cv-00475 VC |
| 19 | Briscoe, Odie v. United Airlines, Inc. et al. |
| 20 | 3:15-cv-00476 VC |
| 21 | Hartsfield, Terrence v. United Airlines, Inc. |
| 22 | et al. 3:15-cv-00477 VC |

For the reasons stated in the Court's order of June 22, 2015 and at today's case management conference, the lawyers for the plaintiffs, Spencer Smith and Dow Patten, are sanctioned for their misconduct in connection with their failure to meet the deadline for filing a sixth amended complaint in each of these cases. Smith and Patten must reimburse the defendants for the costs and fees incurred in preparing for and attending the case management conference. If

1  counsel for the plaintiffs and counsel for the defendants are unable to agree on the proper payment
2  amount, the Court will resolve that dispute according to the procedure it described at the case
3  management conference.

5  **IT IS SO ORDERED.**

6  Dated: June 23, 2015



VINCE CHHABRIA
United States District Judge