# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No. 12-cv-02730-VC<br><br>**ORDER CONTINUING HEARINGS**<br><br>Re: Dkt. No. 212 |

1  The Court is in receipt of the notice of unavailability filed by counsel for the plaintiffs in these coordinated cases, as well as the request to continue the hearing in *Haney v. United Airlines, Inc.*, No. 15-cv-00474 VC. As a preliminary matter, counsel for the plaintiffs should be aware that they may not make themselves "unavailable" to the Court, nor may they make themselves unavailable for "receiving notices of any kind." Counsel is required to make arrangements to ensure they receive all notices from the Court in a timely fashion.

Moreover, in filing the notice of unavailability and the request to continue the hearing in the *Haney* matter, counsel for the plaintiffs do not appear to have contemplated that additional motions are scheduled during the period in which they claim to be unavailable. Specifically, four hearings are scheduled for August 27th.

The Court is inclined to continue the hearings scheduled for August 20th and August 27th to September 10, 2015. However, counsel for the plaintiffs must, by 4 pm on Tuesday, August 18th, email Courtroom Deputy Kristen Melen the name and phone number of the judge presiding over the case they are trying in Sacramento.

Finally, counsel for the defendants should be aware that they have noticed six hearings in these coordinated cases for September 17th, 2015. Had counsel for the defendants consulted the Court's website as instructed by the Court's standing order, they would have seen that September 17th is unavailable for hearings. The defendants should renotice the hearings in these cases for October 1, 2015.

Under this arrangement, hearings will now be held in *Haney v. United Airlines, Inc.*, No. 15-cv-00474 VC, *Miller v. United Airlines, Inc.*, No. 15-cv-00457 VC, *Palmer v. United Airlines, Inc.*, No. 15-cv-00458 VC, *Ricketts v. United Airlines, Inc.*, 15-cv-00465 VC, and *Washington v. United Airlines, Inc.*, No. 15-cv-00471 VC, on September 10, 2015. Hearings in *Johnson v. United Airlines, Inc.*, No. 12-cv-02730 VC, *Jones v. United Airlines, Inc.*, No. 15-cv-00462 VC, *Crocker v. United Airlines, Inc.*, No. 15-cv-00468 VC, *Manswell v. United Airlines, Inc.*, No. 15-cv-00469 VC, *John v. United Airlines, Inc.*, No. 15-cv-00475 VC, *Briscoe v. United Airlines, Inc.*, No. 15-cv-00476 VC, and *Hartsfield v. United Airlines, Inc.*, No. 15-cv-00477 VC, will also be heard on September 10, 2015 as scheduled. And hearings will now be held in *Noble v. United*

*Airlines, Inc.*, No. 15-cv-00461 VC, *Roane v. United Airlines, Inc.*, 15-cv-00464 VC, *Tom v. United Airlines, Inc.*, No. 15-cv-00466 VC, *Minter v. United Airlines, Inc.*, No. 15-cv-00470 VC, *Wilson v. United Airlines, Inc.*, No. 15-cv-00472 VC, and *Sherman v. United Airlines, Inc.*, No. 15-cv-00473 VC, on October 1, 2015.

This change in the hearing dates will not be grounds for an extension of the Phase I discovery cutoff.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
VINCE CHHABRIA
United States District Judge