1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 ELDRIDGE JOHNSON,
Plaintiff,

8 v.

9 UNITED AIRLINES, INC., et al.,
Defendants.

AND COORDINATED CASES:

10 Miller, Leon v. United Airlines, Inc. et al.
3:15-cv-00457 VC

11 Palmer, Xavier v. United Airlines, Inc. et al.
3:15-cv-00458 VC

12 Noble, Paul C. v. United Airlines, Inc. et al.
3:15-cv-00461 VC

13 Jones Jr., Johnnie E. v. United Airlines, Inc.
et al. 3:15-cv-00462 VC

14 Roane, Glen v. United Airlines, Inc. et al.
3:15-cv-00464 VC

15 Ricketts, David v. United Airlines, Inc. et al.
3:15-cv-00465 VC

16 Tom, Lester v. United Airlines, Inc. et al.
3:15-cv-00466 VC

17 Crocker, Sal v. United Airlines, Inc. et al.
3:15-cv-00468 VC

18 Manswell, Anthony v. United Airlines, Inc.
et al. 3:15-cv-00469 VC

19 Minter, Karl v. United Airlines, Inc. et al.
3:15-cv-00470 VC

20 Washington, Erwin v. United Airlines, Inc. et
al. 4:15-cv-00471 VC

21 Wilson, Darryl v. United Airlines, Inc. et al.
3:15-cv-00472 VC

22 Sherman, Leo v. United Airlines, Inc. et al.
3:15-cv-00473 VC

23 Haney, Ken v. United Airlines, Inc. et al.
3:15-cv-00474 VC

24 John, Richard v. United Airlines, Inc. et al.
3:15-cv-00475 VC

25 Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC

26 Hartsfield, Terrence v. United Airlines, Inc.
et al. 3:15-cv-00477 VC

27

28

Case No.   12-cv-02730-VC

**ORDER**

United States District Court
Northern District of California

1    The following memorializes the key points and key deadlines stemming from today's case

2    management conference:

3    The final sentence of Paragraph 29 of the Seventh Amended Complaints in the Haney and

4    Hartsfield cases are stricken.

5    The motions to dismiss the Seventh Amended Complaints in the Haney and Hartsfield

6    cases are denied.  The court will issue a written order explaining its reasoning.

7    The deadline to complete initial disclosures in the Haney and Hartsfield cases is December

8    21, 2015.

9    In the remaining cases, the plaintiffs' requests to amend their complaints yet again are

10   granted, for the reasons stated on the record at the case management conference.  The deadline to

11   file amended complaints is January 8, 2016.  The deadline to respond to these amended complaints

12   (by filing an answer, a motion to dismiss, a motion to strike, or some combination thereof) is

13   February 8, 2016.  The oppositions to any motion to dismiss or motion to strike is due February

14   19, 2016.  Any replies are due February 26, 2016.  A hearing will take place on these motions on

15   March 10, 2016 at 10:00 a.m.  If the defendants wish to move to dismiss these amended

16   complaints on the same grounds as those asserted in support of the motions to dismiss the Haney

17   and Hartsfield complaints, they may do so in a one-sentence motion designed to preserve their

18   rights.

19   At the next case management conference, the parties should be prepared to set a schedule

20   for the adjudication of any motions to transfer that the defendants wish to file.

21

22   **IT IS SO ORDERED.**

23   Dated: December 2, 2015

24   _____

25   VINCE CHHABRIA
     United States District Judge

26

27

28

*United States District Court*
*Northern District of California*

2