1  DONNA M. MELBY (SB# 86417)
   donnamelby@paulhastings.com
2  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
3  JI HAE KIM (SB# 275020)
   jihaekim@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  1(213) 683-6000
   Facsimile:  1(213) 627-0705
7
   GARY T. LAFAYETTE (SB# 088666)
8  glafayette@lkclaw.com
   LAFAYETTE & KUMAGAI LLP
9  101 Mission Street, Suite 600
   San Francisco, CA 94105-1738
10 Telephone:  1(415) 357-4600
   Facsimile:  1(415) 357-4605
11
   Attorneys for Defendants
12 UNITED AIRLINES, INC. AND
   CONTINENTAL AIRLINES, INC.

13

14 *Additional counsel and related cases listed on next page.*

UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

16 ELDRIDGE JOHNSON, an individual,          CASE NO. 3:12-CV-02730-VC

17          Plaintiff,          [~~PROPOSED~~] ORDER GRANTING
                                STIPULATED APPLICATION TO
18     vs.                      EXTEND DEFENDANTS' MOTION
                                DEADLINE BY TAKING TIME FROM
19 UNITED AIRLINES, INC.;       PLAINTIFFS' RESPONSE DEADLINE
   CONTINENTAL AIRLINES, INC.; and
20 DOES 1-10,
                                Judge:          Hon. Vince Chhabria
21          Defendants.
                                Complaint filed:     May 29, 2012
22                              FAC filed:           July 20, 2012
                                SAC filed:           November 30, 2012
23                              TAC filed:           May 20, 2013
                                Corrected TAC filed: June 21, 2013
24                              4AC filed:           January 3, 2014
                                5AC filed:           March 2, 2015
25                              6AC filed:           June 30, 2015
                                7AC filed:           Sept. 23, 2015
26                                                   (Haney, Hartsfield)
                                                     Jan. 8 or 10, 2016
27                                                   (16 Pls.)
                                Corrected 7AC filed: Jan. 21, 2016
28                                                   (14 Pls.)

Case No. 3:12-CV-02730-VC

BRIAN R. MILDENBERG (PA BAR ID. 84861) (*pro hac vice*)
brian@mildenberglaw.com
MILDENBERG LAW FIRM, PC
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Telephone: (215) 545-4870

Attorney for Plaintiffs ELDRIDGE JOHNSON, PAUL C. NOBLE, JOHNNIE E. JONES, GLEN ROANE, SAL CROCKER, DARRYL WILSON, RICHARD JOHN, ODIE BRISCOE, ANTHONY MANSWELL, LEON MILLER, XAVIER PALMER, DAVID RICKETTS, LEO SHERMAN, AND ERWIN WASHINGTON

*Related cases*:
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 1:15-cv-00697 LMB JFA
Gadson, Annette v. United Airlines, Inc. et al. 2:15-cv-03642 MCA MAH
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 3:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

[PROPOSED] ORDER GRANTING STIP.
APPLICATION TO EXTEND TIME

Case No. 3:12-CV-02730-VC

Having considered the papers and all pleadings on file and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Application to Extend Time to Respond to

Plaintiffs' Corrected Seventh Amended Complaints and Supplemental Brief in Support of Motion

to Seal is APPROVED as to Plaintiffs Eldridge Johnson, Paul C. Noble, Johnnie E. Jones, Glen

Roane, Sal Crocker, Darryl Wilson, Richard John, Odie Briscoe, Anthony Manswell, Leon

Miller, Xavier Palmer, David Ricketts, Leo Sherman, and Erwin Washington ("Plaintiffs") only,

as follows:

a.  Defendants' deadline to file Motions to Dismiss or Strike Plaintiffs' 7ACs, Anti-
    SLAPP Motions to Strike Plaintiffs' 7ACs, or otherwise respond to Plaintiffs'
    7ACs shall be extended to March 14, 2016.

b.  Defendants' deadline to file its Supplemental Brief in Support of the Motion to
    Seal also shall be extended to March 14, 2016.

c.  All other previously set deadlines, including Plaintiffs' response deadlines and the
    reply deadlines, and all hearing dates, will remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___March 9, 2016___        By: _____
                                       HONORABLE VINCE CHHABRIA
                                       UNITED STATES DISTRICT JUDGE