# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>        Defendants.<br><br>AND COORDINATED CASES. | Case No. 12-cv-02730-VC   (SK)<br>Case No. 15-cv-00457-VC   (SK)<br>Case No. 15-cv-00458-VC   (SK)<br>Case No. 15-cv-00461-VC   (SK)<br>Case No. 15-cv-00462-VC   (SK)<br>Case No. 15-cv-00464-VC   (SK)<br>Case No. 15-cv-00465-VC   (SK)<br>Case No. 15-cv-00466-VC   (SK)<br>Case No. 15-cv-00468-VC   (SK)<br>Case No. 15-cv-00469-VC   (SK)<br>Case No. 15-cv-00470-VC   (SK)<br>Case No. 15-cv-00471-VC   (SK)<br>Case No. 15-cv-00472-VC   (SK)<br>Case No. 15-cv-00473-VC   (SK)<br>Case No. 15-cv-00474-VC   (SK)<br>Case No. 15-cv-00475-VC   (SK)<br>Case No. 15-cv-00476-VC   (SK)<br>Case No. 15-cv-00477-VC   (SK)<br><br>**ORDER SETTING FURTHER SCHEDULING CONFERENCE** |

Following the Scheduling Conference on April 6, 2016, the Court HEREBY ORDERS the parties to appear on June 30, 2016 at 10:30 a.m. in Courtroom A, 15th Floor, Federal Building,

450 Golden Gate Avenue, San Francisco, California 94102 for a further scheduling conference in preparation for the Settlement Conferences. Lead trial counsel shall appear at the scheduling conference. The parties need not submit any written documents at this time.

**IT IS SO ORDERED**.

Dated: April 8, 2016

_____
SALLIE KIM
United States Magistrate Judge